UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MONICA ELAINE WADE,**

       Plaintiff(s),

                                        Civil No. 05-70682

v.

                                        JOHN CORBETT O'MEARA

**DR. INDIRIA SAWHNEY et al.,**

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WALLACE CAPEL'S
## REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

   **IT IS ORDERED** that the Court adopts Magistrate Judge Capel's report and recommendation.

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara
                                          United States District Judge

Dated: April 27, 2005