UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA WADE, #176714,

    Plaintiff(s),

v.

INDIRIA SAWHNEY, M.D., et al,

    Defendant(s).

_____/

CIVIL ACTION
NO. **05-70682**
HON. JOHN CORBETT O'MEARA

### ORDER AFFIRMING MAGISTRATE CAPEL'S JULY 1, 2005 ORDER

This matter has come before the Court on the Magistrate Judge Capel's July 1, 2005 Order denying plaintiff's motions for appointment of counsel, dismissing as moot motions for extension; denying motions to amend the complaint; and dismissing as moot motion to correct pleadings.  Being fully advised in the premises and having reviewed the record and the pleadings, including any Objections, the Court finds that the Magistrate Judge reached the correct conclusion in the Order. Accordingly, the Court hereby **AFFIRMS** the Magistrate Judge's Order.

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated:  August 22, 2005

Copies: Christine Campbell, Monica Wade