UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA ELAINE WADE #176714,

       Plaintiff,

v.   No. 05-70682

DR. INDIRIA SAWHNEY et al.,   HON. JOHN CORBETT O'MEARA

       Defendants,
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's September 14, 2005 Report and Recommendation as well as any objections filed thereto,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** and entered as the findings and conclusions of this Court.

        s/John Corbett O'Meara
        John Corbett O'Meara
        United States District Judge

Dated: October 7, 2005